GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
State Bar No. 029708
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED
2023 DEC -6  PM 2: 47
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR23-02118 TUC-RM(EJM) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 1 |
| Hugo Acosta-Osorio, | |
| Defendant. | 18 U.S.C. § 933(a)(2) & (b)<br>(Felony Receipt of a Firearm)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 21, 2023, in the District of Arizona, Defendant HUGO ACOSTA-OSORIO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- Zestava Arms 7.62 Rifle;
- 30-Round Magazine;
- 1,000 Rounds of 7.62 Ammunition;
- 1,002 Rounds of 9mm Luger Ammunition;

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about January 21, 2023, in the District of Arizona, Defendant HUGO ACOSTA-OSORIO did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit:

- Zestava Arms 7.62 Rifle;

knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

In violation of Title 18, United States Code, Section 933(a)(2) & (b).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: December 6, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney