TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

Apr 02 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-02118-RM (EJM) |
| Plaintiff, | |
| vs. | I N F O R M A T I O N |
| | Violation: 18 U.S.C. § 4 |
| Hugo Acosta-Osorio, | (Misprision of a Felony) |
| Defendant. | (Felony) |

On or about January 21, 2023, in the District of Arizona, the defendant, HUGO ACOSTA-OSORIO, having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Section 4.

Dated this _2nd_ day of _April_ 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

NATHANIEL J. WALTERS
Assistant U.S. Attorney